IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Jevic Holding Corp., *et al.*[1] | : | Case No. 08-11006 (BLS) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

**ORDER GRANTING APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS NUNC PRO TUNC TO JUNE 3, 2008**

Upon consideration of the *Application for Entry of an Order Authorizing and Approving the Employement of Pachulski Stang Ziehl & Jones LLP as Counsel for the Official Committee of Unsecured Creditors Nunc Pro Tunc to June 3, 2008* (the "Application")[2] filed by the Official Committee of Unsecured Creditors appointed in the above-captioned cases (the "Committee"), and upon the *Affidavit of Bruce Grohsgal in Support of Application for Order Authorizing and Approving the Employement of Pachulski Stang Ziehl & Jones LLP as Counsel for the Official Committee of Unsecured Creditors Nunc Pro Tunc to June 3, 2008*, a partner of the Firm, in support thereof (the "Grohsgal Affidavit"); and the Court being satisfied based on the representations made in the Application and in the Grohsgal Affidavit that said attorneys represent no interest adverse to the Debtors' estates with respect to the matters upon which they are to be engaged, that they are disinterested persons as that term is defined under Section

---

[1] The Debtors in these cases, along with the last four digits of the federal tax identification number for each of the Debtors, are Jevic Holding Corp. (8738), Creek Road Properties, LLC (9874), and Jevic Transportation, Inc. (3402).

[2] Capitalized terms not otherwise defined herein shall have the meanings set forth in the Application.

101(14) of the Bankruptcy Code, as modified by section 1103(b) of the Bankruptcy Code, and that their employment is necessary and would be in the best interests of the Debtors' estates, and after due deliberation and sufficient cause appearing therefore;

IT IS HEREBY ORDERED THAT:

1. The Application is GRANTED.

2. In accordance with sections 1102, 1103, 328 and 504 of the Bankruptcy Code and Bankruptcy Rules 2014, 2016 and 5002, the Committee is authorized to employ and retain Pachulski Stang Ziehl & Jones LLP ("PSZJ") as its counsel *nunc pro tunc* to June 3, 2008, on the terms set forth in the Application and the Grohsgal Affidavit.

3. PSZJ shall be entitled to allowance of compensation and reimbursement of expenses, upon the filing and approval of interim and final applications pursuant to the Federal Rules of Bankruptcy Procedure, the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and such other orders as this Court may direct.

Dated August 18, 2008

The Honorable Brendan L. Shannon
United States Bankruptcy Judge