# EXHIBIT A

JEVIC HOLDING CORP., ET AL.
CASE NO. 08-11006 (BLS)
FEE SUMMARY CHART FOR FINAL FEE REQUESTS

| Professional and Title | Final Application Request (Fees) | Final Application Request (Expenses) | Total Amount Requested | Amount Approved to Date by Orders (Fees) | Amount Approved to Date by Orders (Expenses) | Total Amount Approved to Date by Orders | Amount Requested/ Not Yet Approved (Fees) | Amount Requested/ Not Yet Approved (Expenses) | Total Amount Requested/ Not Yet Approved | Voluntary Reductions |
|---|---|---|---|---|---|---|---|---|---|---|
| Klehr Harrison Harvey Branzburg LLP | | | | | | | | | | |
| Total: | $2,204,057.75 | $65,095.28 | $2,269,153.03 | $1,662,695.25 | $17,050.53 | $1,679,745.78 | $541,362.50 | $48,044.75 | $589,407.25 | |
| Pachulski Stang Ziehl & Jones LLP | | | | | | | | | | |
| Total: | $1,230,678.75 | $69,161.50 | $1,299,840.25 | $1,059,957.25 | $62,687.04 | $1,122,644.29 | $170,721.50 | $6,474.46 | $177,195.96 | |
| NHB Advisors, Inc. | | | | | | | | | | |
| Total: | $592,947.25 | $4,286.07 | $597,233.32 | $520,070.75 | $3,307.05 | $523,377.80 | $72,876.50 | $979.02 | $73,855.52 | |

PHIL1 3074351v.1