IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| JEVIC HOLDING CORP., et al., | ) | Bank. No. 08-11006 (BLS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| CASIMIR CZYZEWSKI, et al., | ) | |
| | ) | |
| Appellants, | ) | Civ. Nos. 13-104-SLR and |
| | ) | 13-105-SLR (consolidated) |
| v. | ) | |
| | ) | |
| JEVIC HOLDING CORP., et al., | ) | |
| | ) | |
| Appellees. | ) | |

## ORDER

At Wilmington this ▱ day of May, 2017, in accordance with the May 9, 2017 mandate from the United States Court of Appeals for the Third Circuit;

IT IS ORDERED that the order of the bankruptcy court is vacated and the case is remanded to the United States Bankruptcy Court for further proceedings.

Senior United States District Judge