# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re: JEVIC HOLDING CORP.   §   Case No. 08-11006- BLS
§
§
§
Debtor(s)   §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of :* | $ | 431,000.01 |
| *and approved disbursements of:* | $ | 167,694.55 |
| *leaving a balance on hand of*[1]: | $ | 263,305.46 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| AA1 | NOTES | 0.00 | 0.00 | 0.00 | 0.00 |
| (11) 0033 | Harris County, et al | 7,689.01 | 0.00 | 0.00 | 0.00 |
| (11) 0081 | Liberty Kenworth | 23,809.54 | 0.00 | 0.00 | 0.00 |
| (11) 0118S | Anofol International Inc. | 0.00 | 0.00 | 0.00 | 0.00 |
| (11) 0604 | County of San Bernardino | 2,197.42 | 0.00 | 0.00 | 0.00 |
| (11) 0658S | Steven M. Davis | 753.00 | 0.00 | 0.00 | 0.00 |
| (11) 0984S | Las Vegas/L.A. Express Inc. | 32,000.00 | 0.00 | 0.00 | 0.00 |
| (11) 0996S | Crawford & Company | 0.00 | 0.00 | 0.00 | 0.00 |
| (11) 1050S | Clarice L. Butler-Starks | 31,000.00 | 0.00 | 0.00 | 0.00 |

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| (11) 1085 | Sun Capital Partners IV, L.P. Donna Tillstrom | 2,000,000.00 | 0.00 | 0.00 | 0.00 |
| (11) 1164 | Delanco Sewerage Authority | 0.00 | 0.00 | 0.00 | 0.00 |
| 1474 | The CIT GroupBusiness Credit, Inc.Kurt F. Gwynne, Esq. & Jason Angelo, Esq.Reed Smith LLP | 2,860,695.81 | 0.00 | 0.00 | 0.00 |
| 1481 | Sun Capital Partners IV, L.P. Donna Tillstrom | 0.00 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 263,305.46

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - George L. Miller | 24,800.00 | 0.00 | 24,800.00 |
| Trustee, Expenses - George L. Miller | 892.24 | 0.00 | 892.24 |
| Accountant for Trustee, Fees - Miller Coffey Tate LLP | 32,138.50 | 0.00 | 32,138.50 |
| Accountant for Trustee, Expenses - Miller Coffey Tate LLP | 349.79 | 0.00 | 349.79 |
| Fees, United States Trustee | 5,850.00 | 0.00 | 5,850.00 |
| Attorney for Trustee Fees (Other Firm) - Benesch, Friedlander, Coplan & Aronoff LLP | 143,666.66 | 143,666.66 | 0.00 |
| Attorney for Trustee Fees (Other Firm) - Montgomery McCracken Walker & Rhoads LLP | 193,556.39 | 0.00 | 189,485.26 |
| Attorney for Trustee Expenses (Other Firm)  - Benesch, Friedlander, Coplan & Aronoff LLP | 22,808.93 | 22,808.93 | 0.00 |
| Attorney for Trustee Expenses (Other Firm)  - Montgomery McCracken Walker & Rhoads LLP | 10,000.00 | 0.00 | 9,789.67 |

Total to be paid for chapter 7 administrative expenses:    $          263,305.46
Remaining balance:                                          $               0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other Prior Chapter Professional's Fees - Morris Anderson & Associates, Ltd. | 30,045.67 | 0.00 | 0.00 |
| Other Prior Chapter Professional's Fees - Klehr Harrison Harvey Branzburg LLPDomenic E. Pacitti | 96,745.26 | 0.00 | 0.00 |
| Other Prior Chapter Professional's Fees - Pachulski Stang Ziehl & Jones LLP | 321,304.50 | 0.00 | 0.00 |
| Other Prior Chapter Professional's Expenses - Pachulski Stang Ziehl & Jones LLP | 17,776.00 | 0.00 | 0.00 |
| Prior Chapter Income Taxes - Internal Revenue Service - Department of the Treasury | 2,253.32 | 0.00 | 0.00 |
| Prior Chapter Income Taxes - Internal Revenue Service - Department of the Treasury | 0.00 | 0.00 | 0.00 |
| Prior Chapter Income Taxes - Internal Revenue Service - Internal Revenue Service | 120.36 | 0.00 | 0.00 |
| Prior Chapter Income Taxes - Internal Revenue Service - R.L.R. Investments, L.L.C. | 16,315.71 | 0.00 | 0.00 |
| Prior Chapter Other State or Local Taxes  - State of New Jersey Division of Taxation | 7,655.72 | 0.00 | 0.00 |
| Prior Chapter Trade Debt - The CIT Group/Business Credit, Inc. <b>(ADMINISTRATIVE)</b> c/o Kurt Gwynne, Esq & Jason Angelo, Esq Reed Smith LLP | 0.00 | 0.00 | 0.00 |
| Prior Chapter Trade Debt - Richard F. Simoni | 8,839.60 | 0.00 | 0.00 |
| Prior Chapter Trade Debt - Enrique Sotelo | 37,440.00 | 0.00 | 0.00 |
| Prior Chapter Trade Debt - Douglas Woodall | 0.00 | 0.00 | 0.00 |
| Prior Chapter Trade Debt - Neal J. Kovach | 0.00 | 0.00 | 0.00 |
| Prior Chapter Other Operating Expenses - Karl A. Garrett | 3,384.00 | 0.00 | 0.00 |
| Prior Chapter Other Operating Expenses - Hartford Fire Insurance Company | 8,562.61 | 0.00 | 0.00 |
| Prior Chapter Other Operating Expenses - Jasper Jamison | 5,683.22 | 0.00 | 0.00 |
| Prior Chapter Other Operating Expenses - Gregory Keith Smith | 0.00 | 0.00 | 0.00 |
| Other Prior Chapter Administrative Expenses - Sungard Availability Services LP | 0.00 | 0.00 | 0.00 |
| Other Prior Chapter Administrative Expenses - NOTES | 0.00 | 0.00 | 0.00 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other Prior Chapter Administrative Expenses - Matthew Bridges, Jr. | 3,466.00 | 0.00 | 0.00 |
| Other Prior Chapter Administrative Expenses - Williams Scotsman Inc. | 804.23 | 0.00 | 0.00 |

Total to be paid for prior chapter administrative expenses:     $         0.00

Remaining balance:     $         0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $2,109,582.16 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| AA3 | NOTES | 0.00 | 0.00 | 0.00 |
| NOTES | NOTES | 0.00 | 0.00 | 0.00 |
| (11) 0074 | Edward P Nelson | 3,127.00 | 0.00 | 0.00 |
| (11) 0114 | Edward P Nelson | 19,049.05 | 0.00 | 0.00 |
| (11) 0126P | State of Maine Bureau of Revenue Services | 835.10 | 0.00 | 0.00 |
| (11) 0154P | IL Dept of Revenue Bankruptcy Unit | 5,294.31 | 0.00 | 0.00 |
| (11) 0176 | Divine Enterprises | 3,850.00 | 0.00 | 0.00 |
| (11) 0188 | U.S. Dept. of Labor - EBSA | 0.00 | 0.00 | 0.00 |
| (11) 0191 | Oregon Dept. of Transportation | 480.41 | 0.00 | 0.00 |
| (11) 0220 | Brian Rubens | 732.36 | 0.00 | 0.00 |
| (11) 0230P | Cuyahoga County Treasurer | 784.90 | 0.00 | 0.00 |
| (11) 0243P | Days Inn Cleveland Airport | 388.08 | 0.00 | 0.00 |
| (11) 0250P | State of California Franchise Tax Board | 351.12 | 0.00 | 0.00 |

UST Form 101-7-NFR (10/1/2010)

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| (11) 0254 | New Pig Corp. | 220.00 | 0.00 | 0.00 |
| (11) 0260 | ARKANSAS DEPT. OF FINANCE AND ADMIN. C/O OFFICE OF REVENUE LEGAL COUNSEL | 250.73 | 0.00 | 0.00 |
| (11) 0265 | Glenn R. Kramer | 3,732.70 | 0.00 | 0.00 |
| (11) 0266P | NO NAME | 10,950.00 | 0.00 | 0.00 |
| (11) 0422 | Harlequinn J. Norris | 8,000.00 | 0.00 | 0.00 |
| (11) 0442 | State of New Jersey Division of Taxation | 970,594.17 | 0.00 | 0.00 |
| (11) 0461 | Terence M. Wilkinson | 4,494.44 | 0.00 | 0.00 |
| (11) 0464P | Louisiana Department of Revenue | 14.08 | 0.00 | 0.00 |
| (11) 0466P | Department of the Treasury | 17,853.02 | 0.00 | 0.00 |
| (11) 0482P | State of California Franchise Tax Board | 1,651.37 | 0.00 | 0.00 |
| (11) 0633 | Ohio Dept. of Job & Family Services | 4.28 | 0.00 | 0.00 |
| (11) 0658P | Steven M. Davis | 9,005.51 | 0.00 | 0.00 |
| (11) 0694 | Nicholas F. Roberts | 4,537.11 | 0.00 | 0.00 |
| (11) 0776 | Lewis D. Brown | 4,827.94 | 0.00 | 0.00 |
| (11) 0783 | Marvin S. Gilson | 6,929.99 | 0.00 | 0.00 |
| (11) 0955P | State of New Mexico Tax and Revenue Dept. | 4,607.64 | 0.00 | 0.00 |
| (11) 0957 | Rodney S. McMonagle | 3,698.24 | 0.00 | 0.00 |
| (11) 0958 | Raymond P. Di Grazia | 3,671.25 | 0.00 | 0.00 |

UST Form 101-7-NFR (10/1/2010)

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| (11) 0959 | Cabarrus County Tax Collector | 54,493.24 | 0.00 | 0.00 |
| (11) 0963 | Michael J. Kucia | 8,160.00 | 0.00 | 0.00 |
| (11) 0965 | Ernest D. Smith | 7,700.00 | 0.00 | 0.00 |
| (11) 0969 | Robert G. Carter, Jr. | 6,401.89 | 0.00 | 0.00 |
| (11) 0978P | Lemar Melette | 10,950.00 | 0.00 | 0.00 |
| (11) 0981 | William G. Rogers | 3,915.66 | 0.00 | 0.00 |
| (11) 0985 | Richard P. Konchan | 912.00 | 0.00 | 0.00 |
| (11) 0986 | James W. Malinek | 843.00 | 0.00 | 0.00 |
| (11) 0987 | Kenneth A. Gray | 3,862.50 | 0.00 | 0.00 |
| (11) 0989P | Koje Willis | 10,950.00 | 0.00 | 0.00 |
| (11) 0994 | Martin R. Stoner | 5,449.00 | 0.00 | 0.00 |
| (11) 0996P | Crawford & Company | 0.00 | 0.00 | 0.00 |
| (11) 0997 | Michael Bonnier | 4,491.20 | 0.00 | 0.00 |
| (11) 1000 | Richard F. Schneider | 5,905.96 | 0.00 | 0.00 |
| (11) 1012 | Mark Hoisington | 5,461.52 | 0.00 | 0.00 |
| (11) 1013 | Ronald Pataky | 7,665.84 | 0.00 | 0.00 |
| (11) 1022 | Eddie Flores | 6,698.14 | 0.00 | 0.00 |
| (11) 1024 | Charles E. Caldwell | 3,527.08 | 0.00 | 0.00 |
| (11) 1033 | Metropolitan Life Insurance Company | 23,284.09 | 0.00 | 0.00 |

UST Form 101-7-NFR (10/1/2010)

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| (11) 1040 | Raymond P. Di Grazia | 5,102.69 | 0.00 | 0.00 |
| (11) 1042P | Michael Cunningham | 10,950.00 | 0.00 | 0.00 |
| (11) 1045 | Shane L. Huddlestun | 9,929.89 | 0.00 | 0.00 |
| (11) 1050P | Clarice L. Butler-Starks | 10,950.00 | 0.00 | 0.00 |
| (11) 1051 | Charles E. Starks | 10,950.00 | 0.00 | 0.00 |
| (11) 1053P | Tim Owen | 10,950.00 | 0.00 | 0.00 |
| (11) 1054P | Jamie O'Neill | 10,550.00 | 0.00 | 0.00 |
| (11) 1059 | Gary F. Benner | 2,144.00 | 0.00 | 0.00 |
| (11) 1063 | Evelyn D. Allen | 1,716.00 | 0.00 | 0.00 |
| (11) 1148 | Thomas E. Buchanan | 2,706.00 | 0.00 | 0.00 |
| (11) 1149 | Thomas E. Buchanan | 0.00 | 0.00 | 0.00 |
| (11) 1151P | Carson R. Douglas | 10,950.00 | 0.00 | 0.00 |
| (11) 1154 | Cesareo E. Suncin | 4,711.73 | 0.00 | 0.00 |
| (11) 1155 | Robert T. Nikkels | 2,246.04 | 0.00 | 0.00 |
| (11) 1159 | State of Minnesota Dept. of Revenue | 288.34 | 0.00 | 0.00 |
| (11) 1165 | Commonwealth of Virginia | 0.00 | 0.00 | 0.00 |
| 1376P | CASIMIR E. CZYZEWSKI JR | 10,950.00 | 0.00 | 0.00 |
| 1377 | Lynn Stroud | 0.00 | 0.00 | 0.00 |
| 1386P | SOUTH CAROLINA DEPARTMENT OF REVENUE | 1,354.13 | 0.00 | 0.00 |
| 1389 | Arthur S. Holbrook | 4,800.00 | 0.00 | 0.00 |

UST Form 101-7-NFR (10/1/2010)

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|------------------------:|-------------------------:|-----------------:|
| 1391 | Gary Applegarth | 10,950.00 | 0.00 | 0.00 |
| 1392 | Michael Bonnier | 0.00 | 0.00 | 0.00 |
| 1393 | 2313 MANZANITA ROAD | 10,950.00 | 0.00 | 0.00 |
| 1394P | James Sincula | 10,950.00 | 0.00 | 0.00 |
| 1395 | Edward P Nelson | 0.00 | 0.00 | 0.00 |
| 1398P | Thomas J. DiDonato | 10,950.00 | 0.00 | 0.00 |
| 1406 | Peter Abdalla | 4,752.00 | 0.00 | 0.00 |
| 1407 | 671 Ackerman Rd. | 4,500.00 | 0.00 | 0.00 |
| 1408 | Phyllis Villeneuve | 3,000.00 | 0.00 | 0.00 |
| 1409P | SCHULZ, ERIC F | 10,950.00 | 0.00 | 0.00 |
| 1410 | Lance E. Murray | 10,800.00 | 0.00 | 0.00 |
| 1411P | 9124 169TH PL | 10,950.00 | 0.00 | 0.00 |
| 1412 | 9124 169TH PL | 1,498.65 | 0.00 | 0.00 |
| 1414 | Phillip Lynn Hobbs | 5,152.48 | 0.00 | 0.00 |
| 1415P | ANDRICOLA, MICHAEL O | 10,950.00 | 0.00 | 0.00 |
| 1417P1 | Marvin A. Carter | 10,950.00 | 0.00 | 0.00 |
| 1417P2 | Marvin A. Carter | 92.09 | 0.00 | 0.00 |
| 1418 | Duane Corbin | 5,934.60 | 0.00 | 0.00 |
| 1420 | 550 S. Holloway Rd | 7,600.00 | 0.00 | 0.00 |
| 1421P-1 | Neal J. Kovach | 10,950.00 | 0.00 | 0.00 |
| 1421P-2 | Neal J. Kovach | 10,550.00 | 0.00 | 0.00 |
| 1422P | James Edward Fessler | 10,950.00 | 0.00 | 0.00 |
| 1423 | Patrick D. Fleming | 4,207.00 | 0.00 | 0.00 |
| 1424P | KEITH HITCHNER | 10,950.00 | 0.00 | 0.00 |
| 1425P-1 | Rafael Melendez | 10,950.00 | 0.00 | 0.00 |
| 1425P-2 | Rafael Melendez | 2,900.00 | 0.00 | 0.00 |
| 1427 | Eric Patton | 10,950.00 | 0.00 | 0.00 |
| 1429 | Stanislaw Jaroszczak | 4,638.52 | 0.00 | 0.00 |
| 1430 | Joseph Villeneuve | 7,620.00 | 0.00 | 0.00 |
| 1431 | Matthew Villeneuve | 1,200.00 | 0.00 | 0.00 |
| 1433 | David A Smith | 10,950.00 | 0.00 | 0.00 |
| 1435 | Cathy Enos | 6,100.00 | 0.00 | 0.00 |

UST Form 101-7-NFR (10/1/2010)

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1436 | Kamal Mahmoud Salah | 10,950.00 | 0.00 | 0.00 |
| 1437 | Scott John Forbes | 6,761.92 | 0.00 | 0.00 |
| 1438 | Brian Schrantz | 6,735.44 | 0.00 | 0.00 |
| 1440 | George J. Reitz | 2,945.93 | 0.00 | 0.00 |
| 1441 | Melvin  J  Norton | 6,000.00 | 0.00 | 0.00 |
| 1444 | Cornelius Hanna | 4,000.00 | 0.00 | 0.00 |
| 1446 | Joseph M. Cunningham Sr. | 3,514.40 | 0.00 | 0.00 |
| 1447 | Horace J. Johnson, Jr. | 8,572.80 | 0.00 | 0.00 |
| 1449P | Vincent M Bednar | 10,950.00 | 0.00 | 0.00 |
| 1450 | Lyle K. Hall | 10,950.00 | 0.00 | 0.00 |
| 1451 | Daniel A. Ronca | 5,477.32 | 0.00 | 0.00 |
| 1452 | Michael John Barowski | 10,950.00 | 0.00 | 0.00 |
| 1453P | CHARLES D. TRENT | 10,950.00 | 0.00 | 0.00 |
| 1454 | Anthony Polk | 10,950.00 | 0.00 | 0.00 |
| 1455 | Keith Bylina | 10,950.00 | 0.00 | 0.00 |
| 1457P | Bodan Konzerowsky | 10,950.00 | 0.00 | 0.00 |
| 1459 | Terry D. Reardon | 3,500.00 | 0.00 | 0.00 |
| 1460 | James A. McGrath | 7,054.12 | 0.00 | 0.00 |
| 1465P | STANLEY BANNISTER | 10,950.00 | 0.00 | 0.00 |
| 1468 | Frank Ieradi | 7,117.31 | 0.00 | 0.00 |
| 1469 | Matthew Holland | 4,717.56 | 0.00 | 0.00 |
| 1470 | Russell Leon Mitchell | 10,950.00 | 0.00 | 0.00 |
| 1472P-1 | Gary Linn Eury | 10,950.00 | 0.00 | 0.00 |
| 1472P-2 | Gary Linn Eury | 7,061.00 | 0.00 | 0.00 |
| 1477P | KEN FERENCIE | 10,950.00 | 0.00 | 0.00 |
| 1478P | Robin K Geigley | 10,950.00 | 0.00 | 0.00 |
| 1479 | Matthew J Borkowski | 10,128.00 | 0.00 | 0.00 |
| 1480P | MICHAEL L. TURLEY | 10,950.00 | 0.00 | 0.00 |
| 1482 | JOHN E. WILLIAMS | 10,950.00 | 0.00 | 0.00 |
| 1483 | LOYD S. HIMES | 4,648.00 | 0.00 | 0.00 |
| 1484 | KELVIN C. DAVIS | 5,700.00 | 0.00 | 0.00 |
| 1485 | MICHAEL D. HARTMAN | 10,950.00 | 0.00 | 0.00 |

UST Form 101-7-NFR (10/1/2010)

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1486 | Thomas P. ODonnell | 3,307.41 | 0.00 | 0.00 |
| 1487 | Mark Hoisington | 0.00 | 0.00 | 0.00 |
| 1490 | Ronald H. Gordon, Jr. | 14,818.00 | 0.00 | 0.00 |
| 1491 | David J. Matousek | 7,470.20 | 0.00 | 0.00 |
| 1493 | Bruce N. Borden | 7,700.00 | 0.00 | 0.00 |
| 1495 | John E. Williams | 0.00 | 0.00 | 0.00 |
| 1496P | George Pizzio | 10,950.00 | 0.00 | 0.00 |
| 1499 | Roberta Stavely | 3,200.00 | 0.00 | 0.00 |
| 1501P | Alex Tunstall | 10,950.00 | 0.00 | 0.00 |
| 1502P | IL Dept of Revenue Bankruptcy Section | 108,784.93 | 0.00 | 0.00 |
| 1504P | Denny Kenneth Shelton | 10,950.00 | 0.00 | 0.00 |
| 1505P | Commonwealth of Kentucky Department of Revenue Legal Support Branch | 6,387.93 | 0.00 | 0.00 |
| 1506 | Massachusetts Department of Revenue Bankruptcy Unit | 12,103.05 | 0.00 | 0.00 |
| 1510 | James M. Claybourne | 3,077.00 | 0.00 | 0.00 |
| 1512P | Kentucky Department of Revenue | 6,387.93 | 0.00 | 0.00 |
| 1516 | Robert James Montague | 6,464.00 | 0.00 | 0.00 |
| 1519 | ARKANSAS DEPT. OF FINANCE AND ADMIN. C/O OFFICE OF REVENUE LEGAL COUNSEL | 22,197.83 | 0.00 | 0.00 |

Total to be paid for priority claims:  $ _____ 0.00
Remaining balance:  $ _____ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $18,197,164.99 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

UST Form 101-7-NFR (10/1/2010)

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| AA4 | NOTES | 0.00 | 0.00 | 0.00 |
| (11) 0017 | All-Pak, Inc. | 4,023.94 | 0.00 | 0.00 |
| (11) 0023 | Select Medical Corporation | 28,722.21 | 0.00 | 0.00 |
| (11) 0029 | Cincinnati Bell Telephone | 4,081.98 | 0.00 | 0.00 |
| (11) 0032 | Southern Pump & Tank Company LLC | 1,493.83 | 0.00 | 0.00 |
| (11) 0034U | Sungard Availability Services LP | 0.00 | 0.00 | 0.00 |
| (11) 0041 | O. C. Tanner Recognition Company | 28,953.70 | 0.00 | 0.00 |
| (11) 0044 | Spring Road Partners LLC, dba Actfast | 1,329.20 | 0.00 | 0.00 |
| (11) 0058 | AT&T Global Services | 17,412.14 | 0.00 | 0.00 |
| (11) 0059 | Sterling Commerce, Inc. | 2,721.64 | 0.00 | 0.00 |
| (11) 0060 | AT&T | 3,418.69 | 0.00 | 0.00 |
| (11) 0061 | MLG Intermodal | 1,200.00 | 0.00 | 0.00 |
| (11) 0064 | Houston Transportation Inc. | 2,900.00 | 0.00 | 0.00 |
| (11) 0065 | Zee Medical, Inc. (McKesson Corp) | 4,958.18 | 0.00 | 0.00 |
| (11) 0071 | Duke Energy Carolinas | 4,706.12 | 0.00 | 0.00 |
| (11) 0077 | Dubell Lumber Company | 2,270.75 | 0.00 | 0.00 |
| (11) 0087 | MTI Inspection Services, Inc. | 2,624.26 | 0.00 | 0.00 |
| (11) 0089 | Circle K Service | 274.03 | 0.00 | 0.00 |
| (11) 0091 | Matt-A-Graphics Inc. dba MGI Finance | 1,300.00 | 0.00 | 0.00 |
| (11) 0092 | William P. Henry, Jr. | 500.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| (11) 0093 | Commonwealth of Massachusetts Dept. of Fire Services | 10,172.32 | 0.00 | 0.00 |
| (11) 0094 | Cavendish Farms aka Midland Transport | 94,857.61 | 0.00 | 0.00 |
| (11) 0100 | Oak Harbor Freight Lines | 36,921.07 | 0.00 | 0.00 |
| (11) 0103 | Randolph Products Company | 348.28 | 0.00 | 0.00 |
| (11) 0103 | Skytel Corporation | 348.28 | 0.00 | 0.00 |
| (11) 0105 | AT&T | 63,488.17 | 0.00 | 0.00 |
| (11) 0115 | Nicor Gas | 7,915.51 | 0.00 | 0.00 |
| (11) 0118U | Anofol International Inc. | 0.00 | 0.00 | 0.00 |
| (11) 0120 | W.W. Grainger Inc. | 8,790.07 | 0.00 | 0.00 |
| (11) 0125 | Towers Perrin | 18,855.84 | 0.00 | 0.00 |
| (11) 0126U | State of Maine Bureau of Revenue Services | 33.00 | 0.00 | 0.00 |
| (11) 0131 | Excel Transportation Services, Inc. | 26,485.00 | 0.00 | 0.00 |
| (11) 0135 | Randolph Products Company | 2,110.94 | 0.00 | 0.00 |
| (11) 0136 | PSE&G | 69,280.97 | 0.00 | 0.00 |
| (11) 0142 | Novacare Rehabilitation Select Medical Corporation | 456.00 | 0.00 | 0.00 |
| (11) 0144 | Ohio Turnpike Commission | 5,946.09 | 0.00 | 0.00 |
| (11) 0148 | Sprint Nextel | 157,239.32 | 0.00 | 0.00 |
| (11) 0149 | Mitsui Sumitomo Insurance Co., Ltd.; MSI Claims (USA), Inc. | 17,153.52 | 0.00 | 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| (11) 0150 | PB Heat LLC | 3,858.98 | 0.00 | 0.00 |
| (11) 0152 | Saia Motor Freight | 108,006.86 | 0.00 | 0.00 |
| (11) 0153 | Ambassador Fine Foods/Qzina Specialty Foods | 689.75 | 0.00 | 0.00 |
| (11) 0154U | IL Dept of Revenue Bankruptcy Unit | 3,051.73 | 0.00 | 0.00 |
| (11) 0157 | Great West Casualty Company | 3,728.65 | 0.00 | 0.00 |
| (11) 0159 | American Express Travel Related Services Company, Inc. c/o Becket and Lee LLP | 512,783.34 | 0.00 | 0.00 |
| (11) 0160 | American Express Travel Related Services Company, Inc. c/o Becket and Lee LLP | 26,670.67 | 0.00 | 0.00 |
| (11) 0161 | American Express Travel Related Services Company, Inc. c/o Becket and Lee LLP | 13,280.81 | 0.00 | 0.00 |
| (11) 0162 | American Express Travel Related Services Company, Inc. c/o Becket and Lee LLP | 2,172.77 | 0.00 | 0.00 |
| (11) 0163 | American Express Travel Related Services Company, Inc. c/o Becket and Lee LLP | 1,916.71 | 0.00 | 0.00 |
| (11) 0164 | American Express Travel Related Services Company, Inc. c/o Becket and Lee LLP | 785.43 | 0.00 | 0.00 |
| (11) 0165 | Palletized Trucking Inc. | 271.13 | 0.00 | 0.00 |
| (11) 0166 | Bennie Jackson | 25,000.00 | 0.00 | 0.00 |
| (11) 0169 | Superior Industrial Supply Co. | 267.05 | 0.00 | 0.00 |
| (11) 0173 | Carebuilder, LLC | 7,768.50 | 0.00 | 0.00 |
| (11) 0185 | Mitsui Sumitomo Insurance Co., Ltd.; MSI Claims (USA), Inc. | 946.51 | 0.00 | 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| (11) 0194 | Hillard Energy, Ltd.; Hillard Office Solutions | 831.65 | 0.00 | 0.00 |
| (11) 0202 | Sungard Availability Services LP | 266,067.00 | 0.00 | 0.00 |
| (11) 0205 | SM Financial Services Corporation as Assignee of Warren J. Martin Jr. | 9,378.60 | 0.00 | 0.00 |
| (11) 0208 | Prospect Service Center & Towing | 365.00 | 0.00 | 0.00 |
| (11) 0212 | Lennox M. Oldacre & Grange Mutual Casualty Co. | 20,253.79 | 0.00 | 0.00 |
| (11) 0219 | Rohm & Haas Company | 74,204.93 | 0.00 | 0.00 |
| (11) 0224 | Broadview Networks | 2,008.05 | 0.00 | 0.00 |
| (11) 0228 | Jem Container Corp | 5,246.96 | 0.00 | 0.00 |
| (11) 0229 | Premium Environmental Svc, Inc. | 73,772.21 | 0.00 | 0.00 |
| (11) 0230U | Cuyahoga County Treasurer | 78.49 | 0.00 | 0.00 |
| (11) 0231 | Fidelity & Deposit Co. of Maryland | 251,372.25 | 0.00 | 0.00 |
| (11) 0233 | Cheetah Software Systems, Inc. | 1,116,016.04 | 0.00 | 0.00 |
| (11) 0238 | Duke Energy Ohio | 8,145.57 | 0.00 | 0.00 |
| (11) 0241 | 501 Hoes Lane, Inc. | 5,553.20 | 0.00 | 0.00 |
| (11) 0242 | Allstate Insurance Company a/s/o | 4,153.11 | 0.00 | 0.00 |
| (11) 0243U | Days Inn Cleveland Airport | 2,503.76 | 0.00 | 0.00 |
| (11) 0247 | Cass Information Systems, Inc. | 5,666.37 | 0.00 | 0.00 |
| (11) 0250U | State of California Franchise Tax Board | 340.34 | 0.00 | 0.00 |
| (11) 0259 | Verizon Wireless Northeast | 14,287.80 | 0.00 | 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| (11) 0261 | Transend Freight | 10,285.00 | 0.00 | 0.00 |
| (11) 0262 | Enpro Services, Inc. | 1,228.88 | 0.00 | 0.00 |
| (11) 0266U | NO NAME | 250.00 | 0.00 | 0.00 |
| (11) 0419 | SBC Global Services | 15,064.47 | 0.00 | 0.00 |
| (11) 0424 | Sandvik Materials Technology NAFTA | 5,091.53 | 0.00 | 0.00 |
| (11) 0428 | Laura Houghteling | 0.00 | 0.00 | 0.00 |
| (11) 0434 | Geico a/s/o Derek Toney | 1,860.25 | 0.00 | 0.00 |
| (11) 0437 | State of New Jersey Division of Taxation | 0.00 | 0.00 | 0.00 |
| (11) 0444 | Arbill | 778.90 | 0.00 | 0.00 |
| (11) 0448 | DHL Express | 1,923.40 | 0.00 | 0.00 |
| (11) 0450 | City of Ontario | 1,758.74 | 0.00 | 0.00 |
| (11) 0457 | Ilba Berrios | 125,000.00 | 0.00 | 0.00 |
| (11) 0458 | Premier Physicians Center | 3,190.00 | 0.00 | 0.00 |
| (11) 0464U | Louisiana Department of Revenue | 10.70 | 0.00 | 0.00 |
| (11) 0466U | Department of the Treasury | 97,469.93 | 0.00 | 0.00 |
| (11) 0470 | Amerencilco Credit & Collections | 10,206.28 | 0.00 | 0.00 |
| (11) 0472 | Turner Transportation Group Inc. | 1,145.00 | 0.00 | 0.00 |
| (11) 0481 | Lennox M. Oldacre & Grange Mutual Casualty Co. | 0.00 | 0.00 | 0.00 |
| (11) 0482U | State of California Franchise Tax Board | 203.07 | 0.00 | 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| (11) 0698 | The Illuminating Company - CIE | 6,364.45 | 0.00 | 0.00 |
| (11) 0715 | Airgas Safety | 1,775.12 | 0.00 | 0.00 |
| (11) 0719 | Jeffrey A. Phillips | 145.00 | 0.00 | 0.00 |
| (11) 0728 | Barth, Sullivan & Behr, LLP | 2,289.71 | 0.00 | 0.00 |
| (11) 0757 | Lexisnexis, A. Div. of Reed Elsevier Inc. | 633.44 | 0.00 | 0.00 |
| (11) 0780 | James Fraley Trucking | 250,000.00 | 0.00 | 0.00 |
| (11) 0784 | North Coast Property Maintenance | 740.35 | 0.00 | 0.00 |
| (11) 0805 | Qwest Corporation | 168.71 | 0.00 | 0.00 |
| (11) 0889 | Scientific Plastics Inc. | 2,226.17 | 0.00 | 0.00 |
| (11) 0955U | State of New Mexico Tax and Revenue Dept. | 870.60 | 0.00 | 0.00 |
| (11) 0968 | Raymond George Lobo | 7,877.00 | 0.00 | 0.00 |
| (11) 0978U | Lemar Melette | 6,472.75 | 0.00 | 0.00 |
| (11) 0984U | Las Vegas/L.A. Express Inc. | 414,235.00 | 0.00 | 0.00 |
| (11) 0989U | Koje Willis | 18,274.00 | 0.00 | 0.00 |
| (11) 1003 | Anofol International | 18,450.00 | 0.00 | 0.00 |
| (11) 1037 | Richard A. Davis | 3,822.88 | 0.00 | 0.00 |
| (11) 1042U | Michael Cunningham | 15,042.00 | 0.00 | 0.00 |
| (11) 1050U | Clarice L. Butler-Starks | 1,200.00 | 0.00 | 0.00 |
| (11) 1053U | Tim Owen | 3,361.45 | 0.00 | 0.00 |

UST Form 101-7-NFR (10/1/2010)

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| (11) 1054U | Jamie O'Neill | 1,028.83 | 0.00 | 0.00 |
| (11) 1064 | Swift Transportation Co., Inc. | 15,750.00 | 0.00 | 0.00 |
| (11) 1066 | Michael Gillen | 0.00 | 0.00 | 0.00 |
| (11) 1074 | Ryan Esko | 0.00 | 0.00 | 0.00 |
| (11) 1077 | Gary Talarico | 0.00 | 0.00 | 0.00 |
| (11) 1078 | Aaron Wolfe | 0.00 | 0.00 | 0.00 |
| (11) 1084 | Michael McConvery | 0.00 | 0.00 | 0.00 |
| (11) 1086 | Sun Capital Partners IV, L.P. Donna Tillstrom | 0.00 | 0.00 | 0.00 |
| (11) 1090 | F. Dixon McElwee, Jr. | 0.00 | 0.00 | 0.00 |
| (11) 1098 | DICKIE, MCCAMEY & CHILCOTE, P.C. | 1,063.88 | 0.00 | 0.00 |
| (11) 1136 | Caterpillar Financial Services Corp. | 10,000.00 | 0.00 | 0.00 |
| (11) 1151U | Carson R. Douglas | 19,050.00 | 0.00 | 0.00 |
| (11) 1156 | Zarwin, Baum, Devito, Kaplan, Schaer, Toddy, P.C. | 1,215.24 | 0.00 | 0.00 |
| (11) 1161 | Saxon Fleet Services Inc. | 602.20 | 0.00 | 0.00 |
| (11) 1170 | ZEP Manufacturing Company | 558.49 | 0.00 | 0.00 |
| (11) 1173 | Creditors Bureau USA | 567.30 | 0.00 | 0.00 |
| 1375 | Kelly S Kellner | 0.00 | 0.00 | 0.00 |
| 1376U-1 | CASIMIR E. CZYZEWSKI JR | 7,737,258.99 | 0.00 | 0.00 |
| 1376U-2 | CASIMIR E. CZYZEWSKI JR | 3,689,917.13 | 0.00 | 0.00 |
| 1378 | Utah State Tax Commission Attn: Bankruptcy Unit | 267.70 | 0.00 | 0.00 |

UST Form 101-7-NFR (10/1/2010)

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1379 | Herbert L. Fritchman | 0.00 | 0.00 | 0.00 |
| 1380 | John's Plaza West Automotive Inc. Turnpike Truck & Auto Care | 704.94 | 0.00 | 0.00 |
| 1381 | PSE&G | 100,880.97 | 0.00 | 0.00 |
| 1382 | JOHN S ROBISON JR. | 3,400.00 | 0.00 | 0.00 |
| 1383 | Dominion Energy Ohio | 6,624.73 | 0.00 | 0.00 |
| 1384 | Michael R. Allen | 0.00 | 0.00 | 0.00 |
| 1385 | INTERSTATE POWER SYSTEMS, INC | 747.75 | 0.00 | 0.00 |
| 1386U | SOUTH CAROLINA DEPARTMENT OF REVENUE | 263.07 | 0.00 | 0.00 |
| 1387 | Ontario Municipal Utilities Company | 1,689.85 | 0.00 | 0.00 |
| 1388 | Hospital of the University of Pennsylvania Tabas & Rosen, P.C. | 1,011,448.98 | 0.00 | 0.00 |
| 1390 | George T Boardman | 10,950.00 | 0.00 | 0.00 |
| 1394U | James Sincula | 1,000.00 | 0.00 | 0.00 |
| 1396 | David Scott | 0.00 | 0.00 | 0.00 |
| 1397 | Frederick Dillion | 0.00 | 0.00 | 0.00 |
| 1398U | Thomas J. DiDonato | 1,650.00 | 0.00 | 0.00 |
| 1399 | Todd Jyringi | 10,853.43 | 0.00 | 0.00 |
| 1400 | American Express Travel Related Services Company, Inc. c/o Becket and Lee LLP | 1,841.63 | 0.00 | 0.00 |
| 1401 | American Express Travel Related Services Company, Inc. c/o Becket and Lee LLP | 2,087.66 | 0.00 | 0.00 |
| 1402 | American Express Travel Related Services Company, Inc. c/o Becket and Lee LLP | 491,260.33 | 0.00 | 0.00 |
| 1403 | American Express Travel Related Services Company, Inc. c/o Becket and Lee LLP | 25,625.98 | 0.00 | 0.00 |

UST Form 101-7-NFR (10/1/2010)

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1404 | American Express Travel Related Services Company, Inc. c/o Becket and Lee LLP | 12,760.60 | 0.00 | 0.00 |
| 1405 | American Express Travel Related Services Company, Inc. c/o Becket and Lee LLP | 764.84 | 0.00 | 0.00 |
| 1409U | SCHULZ, ERIC F | 33,950.00 | 0.00 | 0.00 |
| 1411U | 9124 169TH PL | 10,594.23 | 0.00 | 0.00 |
| 1413 | Thomas C Frixen | 4,114.24 | 0.00 | 0.00 |
| 1415U | ANDRICOLA, MICHAEL O | 9,050.00 | 0.00 | 0.00 |
| 1416 | FirstFleet, Inc. | 675.00 | 0.00 | 0.00 |
| 1417U | Marvin A. Carter | 16,529.07 | 0.00 | 0.00 |
| 1419 | Craig Murphy | 10,853.43 | 0.00 | 0.00 |
| 1421U | Neal J. Kovach | 1,900.00 | 0.00 | 0.00 |
| 1422U | James Edward Fessler | 15,018.00 | 0.00 | 0.00 |
| 1424U | KEITH HITCHNER | 1,425.00 | 0.00 | 0.00 |
| 1425U | Rafael Melendez | 7,768.50 | 0.00 | 0.00 |
| 1426 | CENTRAL FREIGHT LINES, INC. | 345,481.81 | 0.00 | 0.00 |
| 1428 | Joseph Dowda | 6,363.52 | 0.00 | 0.00 |
| 1432 | Michael Villenuve | 3,267.00 | 0.00 | 0.00 |
| 1434 | Charles Arthur Bursee | 3,858.58 | 0.00 | 0.00 |
| 1439 | RODNEY BOWDEN | 20,000.00 | 0.00 | 0.00 |
| 1442 | Michael Arnold Dodd | 6,300.00 | 0.00 | 0.00 |
| 1443 | Michael Arnold Dodd | 4,800.00 | 0.00 | 0.00 |
| 1445 | Arthur Easterling | 19,000.00 | 0.00 | 0.00 |
| 1448 | Bruce N. Borden | 1,200.00 | 0.00 | 0.00 |
| 1449U | Vincent M Bednar | 15,202.00 | 0.00 | 0.00 |
| 1453U | CHARLES D. TRENT | 10,896.78 | 0.00 | 0.00 |
| 1456 | Ronney Darrel Porter | 0.00 | 0.00 | 0.00 |
| 1457U | Bodan Konzerowsky | 2,739.00 | 0.00 | 0.00 |
| 1458 | Sharen Reardon | 3,500.00 | 0.00 | 0.00 |
| 1461 | Charles Ellison Caldwell | 4,500.00 | 0.00 | 0.00 |

UST Form 101-7-NFR (10/1/2010)

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1463 | Lennox M. Oldacre and Grange Mutual Casualty Co.c/o Zeehandelar, Sabatino & Associates, LLC | 46,703.79 | 0.00 | 0.00 |
| 1464 | DICKIE, MCCAMEY & CHILCOTE, P.C. | 1,022.21 | 0.00 | 0.00 |
| 1465U | STANLEY BANNISTER | 3,790.00 | 0.00 | 0.00 |
| 1466 | 8229 Wynfield Drive Day | 3,600.00 | 0.00 | 0.00 |
| 1467 | Michael P. Acosta | 16,800.00 | 0.00 | 0.00 |
| 1473 | Focus Communications NJ | 503.00 | 0.00 | 0.00 |
| 1475 | The CITGroup/Business Credit, Inc.Kurt F. Gwynne, Esq. and Jason Angelo, Esq. Reed Smith LLP | 0.00 | 0.00 | 0.00 |
| 1476 | Ronald H. Gordon, Jr. | 0.00 | 0.00 | 0.00 |
| 1477U | KEN FERENCIE | 12,550.00 | 0.00 | 0.00 |
| 1478U | Robin K Geigley | 16,550.00 | 0.00 | 0.00 |
| 1480U | MICHAEL L. TURLEY | 14,673.00 | 0.00 | 0.00 |
| 1488 | Jonathan Krywy | 4,000.00 | 0.00 | 0.00 |
| 1489 | Edward Zaltouski Jr. Grauer & Kriegel, LLC | 0.00 | 0.00 | 0.00 |
| 1492 | Peter J. Sydow | 17,247.67 | 0.00 | 0.00 |
| 1494 | Gregory A. Turk | 4,760.00 | 0.00 | 0.00 |
| 1496U | George Pizzio | 421.50 | 0.00 | 0.00 |
| 1497 | McCarthy Tire Service Co., Inc. | 6,559.51 | 0.00 | 0.00 |
| 1498 | James L. Drink | 12,913.97 | 0.00 | 0.00 |
| 1500 | Brian T. Streeper | 7,001.00 | 0.00 | 0.00 |
| 1501U | Alex Tunstall | 15,550.00 | 0.00 | 0.00 |
| 1502U | IL Dept of Revenue Bankruptcy Section | 13,566.17 | 0.00 | 0.00 |
| 1503 | S&E Productions, LLC | 1,962.15 | 0.00 | 0.00 |
| 1504U | Denny Kenneth Shelton | 4,939.00 | 0.00 | 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1505U | Commonwealth of Kentucky Department of Revenue Legal Support Branch | 2,404.86 | 0.00 | 0.00 |
| 1507 | New Jersey Department of Environmental Protection | 1,615.00 | 0.00 | 0.00 |
| 1508 | State of LA -Dept. of Transportation & Development | 75.00 | 0.00 | 0.00 |
| 1509 | NovaCare Rehabilitation c/o Courtney Smith | 1,596.00 | 0.00 | 0.00 |
| 1511 | U.S. Regional Occupational Health II/New Jersey,PC c/o Courtney Smith | 28,722.21 | 0.00 | 0.00 |
| 1512U | Kentucky Department of Revenue | 2,404.86 | 0.00 | 0.00 |
| 1515 | BEE LINE COMPANY | 261.96 | 0.00 | 0.00 |
| 1518 | Ronald Veal Estate | 0.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:     $ _____ 0.00
Remaining balance:                                        $ _____ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for tardily filed general unsecured claims:     $ _____ 0.00
Remaining balance:                                              $ _____ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Prepared By: /s/ George L. Miller _____

Trustee

George L. Miller
1628 John F. Kennedy Blvd.
Suite 950
Philadelphia, PA 19103
(215) 561-0950

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**